THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
Civil Action No. 5:24-cv-000379-BO-RJ

**CLEVELAND CORNELL WILSON,** *et al.*

      Plaintiff,

v.

**MARINER FINANCE NORTH CAROLINA, INC.**

      Defendant
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Cleveland Cornell Wilson, Bernadette Brown and Jacqueline Green, individually and on behalf of all others similarly situated, ("Plaintiffs"), and Defendant Mariner Finance North Carolina, Inc. ("Defendant") hereby serve notice that they have reached a settlement in principle of all claims between the Plaintiffs and Defendant in this matter. The Parties anticipate that a stipulated notice of dismissal will be filed within the next forty-five (45) days.

| | |
|---|---|
| Date: January 21, 2026 | /s/Brian D. Flick (per email consent Jan. 16, 2026)<br>Brian D. Flick (OH #0081605)*<br>*Appearing by special appearance pursuant to L.R. 83.1(e)*<br>DANNLAW<br>15000 Madison Avenue<br>Cleveland, OH 44107<br>Phone: (216) 373-0539<br>Fax: (216) 373-0536<br>Email: notices@dannlaw.com<br><br>Erik A. Martin, #55683<br>LAW OFFICE OF JOHN T. ORCUTT<br>1738 Hillandale Road, Suite D<br>Durham, NC 27705<br>Email: emartin@lojto.com |

Local Civil Rule 83.1(d) Counsel for Plaintiffs and Putative Class

*Counsel for Plaintiffs Cleveland Cornell Wilson, Bernadette Onita Brown, and Jaqueline Rena Green and the putative class*

Date: January 21, 2026

/s/D. Kyle Deak
D. Kyle Deak #35799
TROUTMAN PEPPER LOCKE LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
Telephone: (919) 835-4133
Email: kyle.deak@troutman.com
Local Civil Rule 83.1(d) Counsel for Defendant

Carter R. Nichols (VSB No. 90950)*
John C. Lynch (VSB No. 39267)*
*\*Appearing by special appearance pursuant to L.R. 83.1(e)*
TROUTMAN PEPPER LOCKE LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7500
Facsimile: (757) 687-7510
Email: carter.nichols@troutman.com
Email: john.lynch@troutman.com

*Counsel for Defendant Mariner Finance North Carolina*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2026, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF which will send a copy to all registered users, including the following:

Erik A. Martin, Esq.
Law Office of John T. Orcutt
1738 Hillandale Road, Suite D
Durham, NC 27705
emartin@lojto.com

Brian D. Flick, Esq.
DannLaw
15000 Madison Avenue
Cleveland, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

Counsel for Plaintiffs Cleveland Cornell Wilson, Bernadette Onita Brown, and Jaqueline Rena Green and the putative class

      */s/ D. Kyle Deak*
      D. Kyle Deak #35799
      TROUTMAN PEPPER LOCKE LLP

      *Counsel for Defendant Mariner Finance North Carolina*